1  **CLARKSON LAW FIRM, P.C.**
2  Ryan J. Clarkson (SBN 257074)
   *rclarkson@clarksonlawfirm.com*
3  Bahar Sodaify (SBN 289730)
   *bsodaify@clarksonlawfirm.com*
4  Alan Gudino (SBN 326738)
   *agudino@clarksonlawfirm.com*
5  Ryan D. Ardi (SBN 348738)
   *rardi@clarksonlawfirm.com*
6  22525 Pacific Coast Highway
   Malibu, CA 90265
7  Tel: (213) 788-4050
   Fax: (213) 788-4070

8  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JASON KHALILI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LINDT & SPRUNGLI (NORTH AMERICA) INC., LINDT & SPRUNGLI (USA) INC.,<br><br>Defendants. | Case No. 2:23-cv-02543-AB-AGR<br><br>*Judge: Hon. Andre Birotte Jr.*<br>Complaint Filed: April 4, 2023<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
|---|---|

---

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jason Khalili, by and through his counsel Ryan J. Clarkson, Bahar Sodaify, Alan Gudino, and Ryan D. Ardi of Clarkson Law Firm, P.C., hereby voluntarily dismisses this action without prejudice in its entirety.

Defendants Lindt & Sprungli (North America) Inc. and Lindt & Sprungli (USA) Inc. ("Defendants") have not yet filed an answer or summary judgment in this action, therefore Defendants may be dismissed from this action without prejudice without an order from this Court.

DATED: April 18, 2023                              **CLARKSON LAW FIRM, P.C.**

/s/ Bahar Sodaify
Ryan J. Clarkson, Esq.
Bahar Sodaify, Esq.
Alan Gudino, Esq.
Ryan D. Ardi, Esq.

*Attorneys for Plaintiff*